# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| **Case Title :** | Donald Marvin Ertz and Dorothea Ertz | **Case No :** | 15–27934 – B – 7 |
|---|---|---|---|
| | | **Date :** | **08/29/2017** |
| | | **Time :** | **09:30** |

| **Matter :** | [78] – Motion/Application to Sell [SSA–7] Filed by Trustee Irma Edmonds (kwis) |
|---|---|

| **Judge :** | Christopher D. Jaime | **Courtroom Deputy :** | Danielle Mobley |
|---|---|---|---|
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
                Trustee – Irma Edmonds
(by phone)    Trustee's Attorney – Steven S. Altman
**Respondent(s) :**
(by phone)    Buyer – William Spears
(by phone)    Overbidder – Evan Chait

MOTION was :
Granted
Findings of fact/conclusions of law stated orally on record

The court will issue an order.